IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of plaintiff and the class members described below, | ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 7288 |
| v. | ) ) ) | Judge Kennelly<br>Magistrate Judge Gilbert |
| TRINEX COMMERCIAL FINANCE, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

NOW COMES Plaintiff Bridgeport Pain Control Center, Ltd. and Defendant Trinex Commercial Finance, Inc., by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of plaintiff Bridgeport Pain Control Center, Ltd.'s individual claims against defendant Trinex Commercial Finance, Inc. with prejudice and without costs.  The putative class claims against defendant Trinex Commercial Finance, Inc. are dismissed without prejudice and without costs.  Plaintiff Bridgeport Pain Control Center, Ltd. claims against John Does 1-10 are dismissed without prejudice and without costs.

| | |
|---|---|
| s/ Heather Kolbus | s/ Stephanie W. Tipton (w/ permission) |
| Daniel A. Edelman | Stephanie W. Tipton |
| Heather Kolbus | Laura L. Milnichuk |
| EDELMAN, COMBS, LATTURNER<br>    & GOODWIN, LLC | LITCHFIELD CAVO, LLP |
| | 30 West Madison Street |
| 120 S. LaSalle Street, 18th Floor | Suite 300 |
| Chicago, IL 60603 | Chicago, IL 60606 |
| (312) 739-4200 | (312) 781-6677 |
| (312) 419-0379 (FAX) | (312) 781-6630 (FAX) |

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on February 14, 2014, I caused a true and accurate copy of the forgoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

      Stephanie W. Tipton (tipton@litchfieldcavo.com)
      Laura L. Milnichuk (milnichuk@litchfieldcavo.com)


                                        s/ Heather Kolbus
                                        Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)